IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-75-F

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SAMPSON PERSONAL PROPERTY,<br>DESCRIBED AS FOLLOWS:<br>A 2007 HAULMARK TRAILER,<br>VIN: 16HPB12267G090745;<br>A 2008 POLARIS SPORTSMAN 800<br>RECREATIONAL VEHICLE,<br>VIN: 4XADN7GA48A265397;<br>A 2008 POLARIS RANGER RZR 800<br>RECREATIONAL VEHICLE,<br>VIN: 4XAVH76A88D325336;<br>A 2008 POLARIS RANGER RZR 800<br>RECREATIONAL VEHICLE,<br>VIN: 4XAVN76A080337223;<br>A 2007 KAWASAKI ZX1400A MOTORCYCLE,<br>VIN: JKBZXNA187A017839;<br>A 2008 BOURGET COBRA MOTORCYCLE,<br>VIN: 1B9BCY8A78A393049;<br>A 2004 KAWASAKI NINJA ZX10-R<br>MOTORCYCLE,<br>VIN: JKAZXCC1X4A002809;<br>A 2009 KAWASAKI KX250-W<br>MOTORCYCLE,<br>VIN: JKAKXMWC09A001635;<br>A 2006 KAWASAKI KX450D6F<br>MOTORCYCLE,<br>VIN: JKAKXGDC46A001635;<br>A 2007 YAMAHA YZ85W1<br>MOTORCYCLE,<br>VIN: JYACB09C27A011506;<br>A 2010 CHEVROLET CAMARO<br>AUTOMOBILE,<br>VIN: 2G1FK1EJ8A9131544;<br>A 2005 KAWASAKI KLX110-A4<br>MOTORCYCLE,<br>VIN: JKALXSA115DA28852;<br>A 2007 CHEVROLET EXPRESS VAN,<br>VIN: 1GAHG39U571198139; | **ORDER SEALING DECLARATION<br>IN SUPPORT OF COMPLAINT FOR<br>FORFEITURE *IN REM* AND AMENDED<br>COMPLAINT FOR FORFEITURE<br>*IN REM*** |

```
A 2005 YAMAHA YFZ450T ATV,           )
VIN: JY4AJ11Y250030021;              )
A 2006 BOMBARDIER OUTLANDER          )
MAX ATV (TRAILER),                   )
VIN: 23VEPCH116V000345;              )
A 2006 SEADOO GTI 4TEC               )
WATERCRAFT,                          )
HIN: YDV52906E606;                   )
A 2008 KAWASAKI NINJA                )
MOTORCYCLE,                          )
VIN: JKAZX4P1X8A043785;              )
A 2005 CHEVROLET G3500 EXPRESS,      )
VIN: 1GAHG39U751170923;              )
A 2007 CADILLAC ESCALADE,            )
VIN: 1GYFK63807R372186;              )
A 2008 HAULMARK TRAILER,             )
VIN: 16HGB24278G093061;              )
A 2008 CHEVROLET SILVERADO,          )
VIN: 1GCHK23608F106014;              )
A 2008 QUEEN COBRA,                  )
VIN: 1B9BCY8A78A398049;              )
A 2007 KTM 65SX,                     )
VIN: VBKMRA2357M017687;              )
AND ANY AND ALL ATTACHMENTS          )
THERETO; AND ANY AND ALL             )
PROCEEDS FROM THE SALE OF SAID       )
PROPERTY,                            )
                                     )
            Defendants.              )
```

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Declaration of Carter N. Catlett, III, Special Agent of the United States Secret Service, filed herein at DE-1-1 and DE-4-1, be sealed until further order of the Court. However, the Clerk of Court or United States Attorney may provide copies to counselfor claimants upon request.

SO ORDERED. This 5th day of May, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge