```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        SOUTHERN DIVISION
                         NO. 7:11-CV-75-F
```

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )     **DEFAULT JUDGMENT**
      v.                             )
                                     )
SAMPSON PERSONAL PROPERTY,           )
DESCRIBED AS FOLLOWS:                )
A 2007 HAULMARK TRAILER,             )
VIN: 16HPB12267G090745;              )
A 2008 POLARIS SPORTSMAN 800         )
RECREATIONAL VEHICLE,                )
VIN: 4XADN7GA48A265397;              )
A 2008 POLARIS RANGER RZR 800        )
RECREATIONAL VEHICLE,                )
VIN: 4XAVH76A88D325336;              )
A 2008 POLARIS RANGER RZR 800        )
RECREATIONAL VEHICLE,                )
VIN: 4XAVN76A080337223;              )
A 2007 KAWASAKI ZX1400A MOTORCYCLE,)
VIN: JKBZXNA187A017839;              )
A 2008 BOURGET COBRA MOTORCYCLE,     )
VIN: 1B9BCY8A78A393049;              )
A 2004 KAWASAKI NINJA ZX10-R         )
MOTORCYCLE,                          )
VIN: JKAZXCC1X4A002809;              )
A 2009 KAWASAKI KX250-W              )
MOTORCYCLE,                          )
VIN: JKAKXMWC09A001635;              )
A 2006 KAWASAKI KX450D6F             )
MOTORCYCLE,                          )
VIN: JKAKXGDC46A001635;              )
A 2007 YAMAHA YZ85W1                 )
MOTORCYCLE,                          )
VIN: JYACB09C27A011506;              )
A 2010 CHEVROLET CAMARO              )
AUTOMOBILE,                          )
VIN: 2G1FK1EJ8A9131544;              )
A 2005 KAWASAKI KLX110-A4            )
MOTORCYCLE,                          )
VIN: JKALXSA115DA28852;              )
A 2007 CHEVROLET EXPRESS VAN,        )
VIN: 1GAHG39U571198139;              )
A 2005 YAMAHA YFZ450T ATV,           )
VIN: JY4AJ11Y250030021;              )

A 2006 BOMBARDIER OUTLANDER )
MAX ATV (TRAILER), )
VIN: 23VEPCH116V000345; )
A 2006 SEADOO GTI 4TEC )
WATERCRAFT, )
HIN: YDV52906E606; )
A 2008 KAWASAKI NINJA )
MOTORCYCLE, )
VIN: JKAZX4P1X8A043785; )
A 2005 CHEVROLET G3500 EXPRESS, )
VIN: 1GAHG39U751170923; )
A 2007 CADILLAC ESCALADE, )
VIN: 1GYFK63807R372186; )
A 2008 HAULMARK TRAILER, )
VIN: 16HGB24278G093061; )
A 2008 CHEVROLET SILVERADO, )
VIN: 1GCHK23608F106014; )
A 2008 QUEEN COBRA, )
VIN: 1B9BCY8A78A398049; )
A 2007 KTM 65SX, )
VIN: VBKMRA2357M017687; )
AND ANY AND ALL ATTACHMENTS )
THERETO; AND ANY AND ALL )
PROCEEDS FROM THE SALE OF SAID )
PROPERTY, )
)
              Defendants. )

    This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owners of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1. Process was duly issued in this cause and the defendants were duly seized by the United States Secret Service pursuant to said process;

2

2. On June 17, 2011, Andetra Michelle Sampson filed a pro se claim in this action as to certain defendant assets. However, no answer has been filed.

3. On Jun 20, 2011, Romanual Lynn Sampson filed a pro se claim in this action as to certain defendant assets. However, no answer has been filed.

4. No other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

5. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Secret Service is hereby directed to dispose of the defendants according to law.

SO ORDERED this 10th day of August, 2011.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

N:\BHartley\defaults\Sampson Default Judgment.wpd